Receipt Number

538921

Exhibit A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY L. NEWMAN** | :: | Case: 2:06-cv-10780 |
| **2108 PERSHING AVE.** | | Assigned To : Taylor, Anna Diggs |
| **WEST PORTSMOUTH, OH 45663** | :: ( | Referral Judge: Capel, Wallace |
| **Plaintiff** | | Assign. Date : 02/22/2006 @ 9:21 a.m. |
| | :: | Description: cmp mary newman v. |
| | | asset acceptance llc (tam) |
| | :: | |
| **vs.** | | |
| | :: | |
| **ASSET ACCEPTANCE LLC** | | |
| **C/O THE CORPORATION COMPANY** | :: | |
| **STAT AGENT FOR SERVICE** | | |
| **30600 TELEGRAPH RD.** | :: | |
| **BINGHAM FARMS, MI    48025** | | |
| **Defendant** | :: | |

**STEVEN C. SHANE (0041124 OHIO SUPREME COURT)** )
**ATTORNEY FOR PLAINTIFF** )
**321 FAIRFIELD AVE.** )
**P.O BOX 73067** )
**BELLEVUE, KY. 41073** )
**(859) 431-7800, (859) 431-3100 FACSIMILE** )
shanelaw@fuse.net )

## COMPLAINT ALLEGING VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT & OHIO CONSUMER SALES PRACTICES ACT ; ATTORNEY FEES & JURY DEMAND

### INTRODUCTION

This is a claim for statutory damages caused by Defendant's violations of the Fair Debt

Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*, and the Ohio Consumer Sales

Practices Act ("OCSPA"), Ohio Rev. Code §§ 1345.01 *et seq.*, both of which prohibit a debt collector from engaging in deceptive, unfair and/or unconscionable debt collection practices.

The conduct complained of consists of improper and unlawful communication with a party represented by counsel in connection with the collection of a debt when the defendant knew or had reason to know that the party contacted was represented by counsel.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Jurisdiction over the state claims is proper pursuant to 28 U.S.C. § 1367. Venue is proper in this district because the defendant resides in this district.

## PARTIES

2. Plaintiff (hereinafter "Newman") is a resident of Scioto County, Ohio, and a consumer as defined at 15 U.S.C. § 1692a(3), and may have been obligated to pay a debt which, if incurred, was primarily for household, family and personal purposes.

3. Defendant, **Asset Acceptance Corp., [hereinafter "AAC" or "defendant"]** is a Delaware corporation with a principal residence in Macomb County in the state of Michigan which specializes in the collection of distressed consumer debt consisting of defaulted and delinquent obligations or accounts which it purchases from original creditors at a discount and, therefore, is a **"debt collector"**, as defined in the Act at 15 U.S.C. §1692a.(6).

2

4. Defendant regularly engages in and transacts business in the state of Ohio and other jurisdictions through the use of the United States mails, telephone or other instrumentality of interstate commerce and is subject to the jurisdiction of this Court.

## FACTUAL ALLEGATIONS

5. Defendant filed a collection action as the alleged assignee of a debt purchased from Household Bank against the plaintiff on October 17, 2005 in the Portsmouth Municipal Court in Scioto County, Ohio which was assigned case number CVF0501817 [hereinafter the "suit"].

6. Plaintiff's counsel filed a motion for more definite statement in the suit which motion was mailed to defendant's counsel, Kimberly Klemenok, on December 5, 2005.

7. Defendant's counsel, Kimberly Klemenok, mailed her opposition to plaintiff's motion directly to the plaintiff in this case although she was fully aware on that date that plaintiff was represented by counsel in the suit along with the identity of that counsel **[see attached plaintiff's exhibit "A" certificate of service].**

## CLAIM I: FDCPA

8. Based upon the facts set forth above, Defendant violated the FDCPA by unlawfully communicating with an individual it knew or had reason to know was represented by counsel in violation of 15 U.S.C. §1692c.(a)(2) in connection with the collection of a debt.

9. Defendant's conduct further violated 15 U.S.C. §1692e(10) in that it constituted a deceptive means to collect a debt.

## CLAIM TWO:  OCSPA

10. Ms. Newman is a "consumer" as defined at Ohio Rev. Code § 1345.01(D).

11.  Defendant is a "supplier" as defined at Ohio Rev. Code § 1345.01©).

12. Defendant's conduct as described above constituted an unfair and/or deceptive and

therefore a knowing violation of the prohibitions contained in Ohio Rev. Code § 1345.02(A).  It

was also an unconscionable act or practice and, therefore constituted, a knowing violation of the

prohibitions contained in Ohio Rev. Code § 1345.03(A).

## PRAYER FOR RELIEF

Plaintiff prays for the following relief:

a. Statutory damages on both claims;

b. A declaration that Defendant's conduct violates the OCSPA, and an injunction

permanently restraining Defendant from engaging in the conduct described herein within the

state of Ohio and prohibiting Defendant from engaging in the collection of debts within the state

of Ohio until they consent to a judgment wherein they formally acknowledge the unlawfulness of

their conduct and agree to refrain from such conduct in the future;

c. Costs and a reasonable attorney fee as provided by the statutes set forth above;

d. All other relief this Court may deem appropriate

Respectfully submitted by:

Steven C. Shane (0041T24)
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

## CERTIFICATE OF SERVICE

A copy of the foregoing Response to Defendant's Motion for More Definite Statement was mailed this 16th day of January, 2006, by regular U.S. Mail, postage prepaid, to Mary L. Newman, Defendant, at 2108 Pershing Avenue, West Portsmouth, Ohio 45663.

KIMBERLY A. KLEMENOK, #0069046
ERIC T. KOHUT, #0074947
Attorneys for Plaintiff

PLAINTIFF'S
EXHIBIT
No. 5113
A

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MARY NEWMAN

**(b)** County of Residence of First Listed Plaintiff    SCIOTO CTY, OH
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven C. Shane, 321 Fairfield Ave., P.O. Box 73067, Bellevue, Ky. 41073 (859) 431-7800 (859) 431-3100 facsimile

## DEFENDANTS

ASSET ACCEPTANCE, LLC

County of Residence of First Listed Defendant    MACOMB
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692

Brief description of cause:
ABUSIVE, UNFAIR & DECEPTIVE DEBT COLLECTION PRACTICES

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE
02/17/2006

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?      ☐ Yes

                                                                                                   ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other   ☐ Yes
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same  ☐ No
or related parties are present and the cases arise out of the same
transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :